# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1214
_____

Rodney D. Jones

*Plaintiff - Appellant*

v.

Corizon Medical Services

*Defendant*

Eddie Hartline, Nurse; Mina Massey, M.D.

*Defendants - Appellees*

Brandi Juden, R.N.; J. Cofield, Regional Director; Unknown Nurse

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: December 14, 2018
Filed: December 19, 2018
[Unpublished]
_____

Before LOKEN, BOWMAN, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Missouri inmate Rodney D. Jones appeals from the order of the District Court[1] granting summary judgment to the defendants in his 42 U.S.C. § 1983 action. After de novo review, we agree with the court's thorough and well-reasoned analysis of Jones's Eighth Amendment claims arising from medical care he received after he suffered fractures during an altercation. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (standard of review). We affirm the judgment and deny Jones's motion to supplement the record.

_____

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.